Rachel E. Kaufman (CSB# 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 S Dixie Hwy, 4th Floor
Coral Gables, Florida 33133
Telephone: (305) 469-5881

*Attorney for Plaintiff and the Proposed Classes*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN KERN,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**FORWARD SUNSET, INC.**, a California registered corporation,<br><br>*Defendant.* | Case No. 2:24-cv-01237-AB-MAA<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>Judge André Birotte Jr. |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Steven Kern and Defendant Forward Sunset, Inc. hereby stipulate to the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

DATED: February 27, 2025     Respectfully Submitted,

By: /s/ *Rachel E. Kaufman*

Rachel E. Kaufman (CSB# 259353)
Kaufman P.A.
237 S Dixie Hwy, 4th Floor
Coral Gables, FL 33133
(305) 469-5881
Email: Rachel@kaufmanpa.com

*Attorney for Plaintiff and the putative Class*

DATED: February 27, 2025

By: /s/ *Jamileh Hawatmeh*

Jamileh Hawatmeh (CSB# 312476)
jhawatmeh@zelmserlich.com
*Attorney for Defendant*

-2-
Stipulation for Dismissal
Case No. 2:24-cv-01237-AB-MAA